UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL JEROME STEVENSON, JR. (#1100109480)   CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.   NO. 20-00449-BAJ-EWD

### RULING AND ORDER

Before the Court is Plaintiff's *pro se* Complaint (Doc. 1). Plaintiff, a pre-trial detainee housed in the East Baton Rouge Parish Prison complains of his conditions of confinement. Specifically, Plaintiff asserts that his Fourteenth Amendment right to be free from "punishment" prior to his conviction for any offense is violated by the presence of black mold, COVID-19, and fluctuating temperatures at the Parish Prison. (Doc. 1 at 4-10).

Plaintiff is proceeding *in forma pauperis*. (Docs. 4, 5). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e) and 1915A, the Magistrate Judge has issued a Report and Recommendation (Doc. 6), recommending that Plaintiff's federal claims be dismissed with prejudice as frivolous because the prison conditions Plaintiff complains of do not rise to the level of a constitutional violation. The Magistrate Judge further recommends that the Court decline to exercise supplemental jurisdiction over any potential state law claims. Plaintiff does not object to the Magistrate Judge's Report and Recommendation.

Having carefully considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's federal claims be and are hereby **DISMISSED WITH PREJUDICE**, for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction over any potential state law claims.

A judgment will issue separately.

Baton Rouge, Louisiana, this 27th day of January, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA